UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re: **Samuel Zagoory**

-------------------------------------------------------x

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK
2016 APR 12 A 9:12
RECEIVED

Case No.: **8-16-70081**
Chapter:

**16-8047-LAS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on **April 8 2016**, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

1) Lisa Ann (Perlman) Zagoory
   c/o Robert Okun
   37 W. 72nd Street
   14E and or 15E
   NYC, NY 10023

2) Jacqueline Harounian
   Wisselman + Harounian
   1010 Northern Blvd Unit 300
   Manhasset, N.Y. 11021

Dated: 4-8-16

_____
(Signature)

Rev. 5/2012

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Samuel Zagoory                                                   Bankruptcy Case No.: 8-16-70081-las

Samuel Zagoory

                                            Plaintiff(s),

-against-                                                                               Adversary Proceeding No. 8-16-08047-las

Lisa Ann (Perlman) Zagoory

                                              Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: |
| --- |
| United States Bankruptcy Court<br>290 Federal Plaza<br>Central Islip, NY 11722 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| Samuel Zagoory<br>70 Tara Drive<br>Roslyn, NY 11576 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: April 4, 2016                                         Robert A. Gavin, Jr., Clerk of the Court

Summons (AST)[Summons and Notice of Pretrial Conf. rev. 03/16/2009]