RE. Samuel Zagoory
Debtor

Adversary Proc. NO 16-8047-LAS.

## AFFIDAVIT OF SERVICE

I, __LARRY YELLON__, served the within __Amended Order Setting Pretrial Conference__ on ~~Plaintiff's attorn~~ey as follows (~~attorney's name and address~~):

LISA ANN PERLMAN ZAGOORY
C/O Robert Bruce OKUN
37 W 72ND Street Apt 14E and/or 15E
NYC, NY 10024

I served the __LISA ANN PERLMAN ZAGOORY__
by the following method (*check all that apply*):

- ☑ first class mail
- ☐ certified mail
- ☐ certified mail, return receipt requested
- ☐ overnight delivery service
- ☐ facsimile
- ☐ personal delivery.

on the __22__ day of __April__, 20__16__.

I am eighteen years or older and I am not a Defendant in this lawsuit.

Signature: _____

Print Name: __LARRY YELLON__

Sworn to and subscribed before me this
__22__ day of __April__, 20__16__

_____
Notary Public

PATRICIA ROTHFRITZ
Notary Public, State of New York
No. 01RO6055503
Qualified in Nassau County
Commission Expires February 26, 2019

RE: Samuel Zagoory
Debtor.

Adversary Proc. No. 16-8047-LA

## AFFIDAVIT OF SERVICE

I, **Larry Yellon**, served the within **Amended order setting pretrial Conference** on Plaintiff's attorney as follows (*attorney's name and address*):

Jacqueline Harounian
Wisselman, Harounian + Assoc. P.C.
1010 Northern Blvd Unit 300
Manhasset/Great Neck, NY 11021

I served the **Amended order setting pretrial Conference**
by the following method (*check all that apply*):

- [x] first class mail
- [ ] certified mail
- [ ] certified mail, return receipt requested
- [ ] overnight delivery service
- [ ] facsimile
- [ ] personal delivery.

on the **25** day of **April**, 20**16**.

I am eighteen years or older and I am not a Defendant in this lawsuit.

Signature: *[signed]*

Print Name: **Larry Yellon**

Sworn to and subscribed before me this
**22** day of **April**, 20**16**

*[signed]*
Notary Public

PATRICIA ROTHFRITZ
Notary Public, State of New York
No. 01RO6055503
Qualified in Nassau County
Commission Expires February 26, 2019

Intercounty Judicial Services

85 Willis Ave

Mineola, NY

LArry yellon pres.