UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Adversary Proc. No 16-8047-LAS

------------------------------------------------x
In re: SAMUEL ZAGOORY d/b/a
KARMe Body etc

Case No. 8-16-70081-LAS
Chapter: 7

Debtor(s)
------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 27, 2016, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

1) Jacqueline Harounian
   Wisselman, Harounian + Associates P.C.
   1010 Northern Blvd Unit 300
   Manhasset, NY 11021

2) Lisa Zagoory
   c/i Robert Okun
   37 W. 72nd Street
   14E + 15E
   NYC, NY 10023

Dated: 4-27-16

Larry Yellon
(Signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

In re :

                                         Case No. 8-16-70081-las

Samuel Zagoory *dba*
Karate Body LLC *dba*
Brightwater Enterprises LLC,

                                         Chapter 7

            Debtor.
--------------------------------X
Samuel Zagoory,

                                         Adv. Proc. No. 16-8047-las

           Plaintiff,
    v.

Lisa Ann (Perlman) Zagoory,

           Defendant.                                Today 4/27/16
--------------------------------X

STATEMENT PURSUANT TO JUDGES ORDER ↓ 4-6-2016 DATED

<u>AMENDED ORDER SETTING PRETRIAL CONFERENCE</u>
<u>June 7, 2016 at 10.00 a.m.</u>
<u>HONOURABLE JUDGE LOUIS A. SCARCELLA</u>

RECEIVED 2016 APR 27 A 10: 32
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

1

To the honourable Judge Louis A. Scarcella, The Federal Bankruptcy Court of the United States of America. Your honour the case brought before this court case No.8-16-70081LAS Samuel Zagoory chapter 7 is bringing an adversarial case No.16-8047LAS to ask the court to discharge creditor Lisa Ann (Perlman) Zagoory from any future claims of spousal support or void any prior agreement of maintenance stipulated in a separation agreement as the Jurisdiction is found on 28 U.S.C. § 1331. This court has jurisdiction over this proceeding pursuant to 11 U.S.C. § 1334(b) 157(b)(z). Venue is properly laid pursuant to 28 U.S.C.§ 1391(b).

Please note the following case In re Saeed Cohen. No. 2:14-cv-08939 Sjo, No. 2:13-bk-26483 NB, Adversary Case No. 2:14-ap-1484 NB, BAP Case No. cc-14-01434 United States District Court, C.D. California. September 5, 2015

In re Goin, 808 F.2d 1391, 1392 (10th Cir. 1987) (quoting In re Williams, 703 F.2d 1055, 1057 (8th Cir.1983)).
[A] bankruptcy court is not bound by the states court's treatment of a divorce obligation when determining whether a debt is in the nature of support. Instead, this determination is governed by federal bankruptcy law, looking to the substance of the debt rather than the label it has been given.

"In order to determine whether a debt is a non dischargeable spousal support obligation or a dischargeable property settlement, the court must ascertain the intention of the parties at the time they entered in their stipulation agreement... and not the current circumstances of the parties."
In re Combs, 101 B.R. 609, 615 (B.A.P. 9th Cir. 1989) (internal citations omitted).

Lisa Ann (Perlman) Zagoory Fraudulent represented conditions that would facilitate a divorce settlement that was onerous. Lisa Ann (Perlman) Zagoory took advantage of my (Samuel Zagoory) weakened emotional state with fraudulent lies— see relevant facts in Amended Adversary Complaint No.16-8047LAS to compel me to sign an onerous agreement without legal representation bilaterally with her attorney Jacqueline Harounian. When I was approached to the settlement I was not represented. In spite of my better wishes. I acquiesced even allowing myself to be represented by her attorney. Jacqueline Harounian knew I was visibly despondent, and yet still cajoled me to sign in spite of my request for an adjournment to seek council. Attorney Jacqueline Harounian had an ethical responsibility as attorney under cannons of ethics. Jacqueline Harounian shares the responsibility of my current financial placement in bankruptcy courts. Made it impossible to comply with the courts wishes Supreme/Marital Courts. Despite the fact the settlement agreement contains a clause prohibiting my ex-wife from co-habituating. She has made every effort to hide this co-habitation with Robert B. Okun, the paramour. See exhibit A of the Amended complaint page 5 of the separation agreement under Spousal support D. Maintenance shall terminate, prior to the above-stated duration, upon the occurrence of one of the following events: 1. The wife's remarriage or cohabitation.

As asked by the court in the Amended order setting Pretrial Conference paragraph 5 L.
"Any other way's to facilitate the just, speedy and inexpensive resolution or determination of this adversary proceeding."

2

Ask that the court Subpoena Lisa Ann (Perlman) Zagoory Robert B. Okun the paramour
- Have stated for the record their address.
- Have they been co-habituating for what length of time.
- Has Lisa Ann (Perlman) Zagoory a valid driver license.
- Why has Lisa Ann (Perlman) Zagoory not comply with Supreme court, Appellate Division, Second Department, New York. Catherine BURKE, Respondent, v. Zorba Diner, INC., Defendant, Nick Caino, Appellant. Party who fails to comply with statue requiring every motor vehicle licensee to notify Commissioner of Motor Vehicles of any change of residence within ten days of occurrence of change is estopped from challenging propriety of service of process which is made to former address. McKinner's Vehicle Traffic Law § 505, subd. 5
- If so even under a cajoled agreement it is void according to that agreement.
- Ask the paramour Robert B. Okun is he Lisa Ann (Perlman) Zagoory source of income for past three years.
- If not the paramour Robert B. Okun. Who is supporting her with bank records that it is not the money she stole which place myself and all creditors in bankruptcy.

If Lisa Ann (Perlman) Zagoory's pure under handed deliberate avoidance and to cooperate in order to facilitate all orders by the Divorce Judgement of the honourable judge Leonard D. Steinman decreed. Her refusal to cooperate and vanishment to all courts, process servers magistrates when U.S. postal record as in exhibit C of the Amended complaint will show they all a flat out lying to the court. Lisa Ann (Perlman) Zagoory and the paramour Robert B. Okun have gone to great length even having doorman lie that they don't live there when against U.S. post the record show the contrary and photograph of names of residence within the building that was obtain by process servers in Exhibit C. These fraudulent claims and obstruction has costed me millions of dollar and a life time of accomplishments financial reputation to be lost due to the spiteful intend of the defendant and her cohorts.

Lisa Ann (Perlman) Zagoory malicious avoidance place the burden of monies lost to creditors that where very co-operative to get a resolution prior to the initial filing of my bankruptcy. Deliberate fraud of Lisa Ann (Perlman) Zagoory and her choice by diverting funds, Deliberately non playing all bills to place foreclosure, car repossession and Permanent damage to my good name and credit history be ask to explain the actions. Along with her paramour, but not limited to Subpoena. All parties and their cope-ability

Lisa Ann (Perlman) Zagoory
Robert B. Okun
Jacqueline Harounian Esq.
Stacey Wolf Boral (Wolf)
Edis Blum
Howard Leeland Blum
witnesses Steven Boral DDS.

I would like to depose each and everyone. These people are responsible for the end result me being in bankruptcy creditors lose their monies when all debts were satisfiable through my negotiations cooperative people all but the one who caused the problem of entire financial assignation of Samuel Zagoory, the plaintiff. Due to Lisa Ann (Perlman) Zagoory Fraud and dissection to the courts. Thank you for the time of the honourable judge Louis A. Scarcella, the U.S. bankruptcy court for hearing my complaint.